UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL ALFRED FANELLI, | ) | NO. EDCV 09-1023-GAF(CT) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| LARRY SMALL, Warden, | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED that the petition is dismissed without prejudice.

DATED: June 16, 2009

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE